**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. |
| | : | 2:94-CR-7-1-RWS |
| TERRY J. COLLEY, | : | |
| | : | |
| Defendant. | : | |

## ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Judge J. Clay Fuller [Doc. No. 122]. No objections have been filed thereto. Having carefully considered the record and the Report and Recommendation, the Report and Recommendation [Doc. No. 122] is hereby approved and adopted as the opinion and order of this Court. As such, Defendant's Motion for the Court to Take Judicial Notice [Doc. No. 115] and Motion for Nunc Pro Tunc Order [Doc. No. 116] are DENIED.

**SO ORDERED**, this 5th day of February, 2016.

_____
**RICHARD W. STORY**
United States District Judge