IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.

TERRY JEROME COLLEY

Criminal Action No.

2:94-CR-00007-RWS-JCF

**Government's Motion for Extension of Time**

The United States of America, by Byung J. Pak, United States Attorney, and Bret R. Hobson, Assistant United States Attorney for the Northern District of Georgia, files this motion for a thirty-day extension of the Government's deadline to respond to Defendant Colley's amended motion for compassionate release.

Last week, on July 20, 2020, Mr. Colley filed a 67-page Amended Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A), and attached another 150 plus pages of exhibits. (Doc. 210.) The next day, this Court ordered the Government to respond within fourteen days, by August 5, 2020. (Doc. 211.)

The Government hereby respectfully requests an extra thirty days to respond to the motion, until September 4, 2020. Mr. Colley's lengthy motion cites a staggering number of cases, as well as significant medical and technical sources. (*See generally* Doc. 210.) Responding to such a motion properly within fourteen days would be challenging under the best of circumstances, and as the Court is no doubt well aware, the current pandemic has, among other things, created a

difficult work situation for everyone.  Moreover, the undersigned Assistant United States Attorney (AUSA) has leave scheduled from July 30, 2020, through August 11, 2020, and is dealing with significant other work obligations.  In light of these facts, along with the seriousness of Mr. Colley's crimes and the drastic sentence reduction he seeks, the Government respectfully submits that the requested extension is necessary to allow the Government sufficient time to provide proper guidance to the Court.

The undersigned AUSA consulted with Mr. Colley's attorney about this requested extension.  Because Mr. Colley's attorney cannot communicate with him easily or quickly to find out whether he consents, she takes no position, but she will not be filing any response in opposition.

**Conclusion**

For the foregoing reasons, the Government requests that the Court extend the Government's deadline to respond to Defendant Colley's motion for compassionate release for thirty days, until September 4, 2020.

Respectfully submitted,

BYUNG J. PAK
    *United States Attorney*


/s/BRET R. HOBSON
    *Assistant United States Attorney*
    Georgia Bar No. 882520
    Bret.Hobson@usdoj.gov


600 U.S. Courthouse, 75 Ted Turner Drive S.W., Atlanta, GA 30303
(404) 581-6000   fax (404) 581-6181

**Certificate of Service**

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

> Kimberly Sharkey
> FEDERAL DEFENDER PROGRAM, INC.
> 1500 Centennial Tower
> 101 Marietta Street, NW
> Atlanta, Georgia 30303
> 404-688-7530
>
> Kimberly_Sharkey@fd.org

July 28, 2020

> /s/ BRET R. HOBSON
> _____
> BRET R. HOBSON
> *Assistant United States Attorney*