IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| UNITED STATES OF AMERICA | : | Criminal Action |
| --- | --- | --- |
| | : | |
| v. | : | No. 2:94-CR-00007-RWS-JCF-1 |
| | : | |
| TERRY JEROME COLLEY | : | |

# NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant Terry Colley files this supplemental authority in support of his Amended Motion for Compassionate Release Pursuant for 18 U.S.C. § 3582(c)(1)(A). (Doc. 210).

Included herein are two exhibits:

1. Memorandum of Case Manager C. Goodwin (Aug. 12, 2020),
2. Second Declaration of Terry J. Colley (Aug. 17, 2020).

Dated: This 21st day of August, 2020.

                                                          */s/ Kimberly Sharkey*
                                                          Kimberly Sharkey
                                                          Georgia Bar No. 121472
                                                          Attorney for Terry Jerome Colley

Federal Defender Program, Inc.
Centennial Tower, Suite 1500
101 Marietta Street, N.W.
Atlanta, Georgia 30303
(404) 688-7530; Fax: (404) 688-0768
Kimberly_Sharkey@fd.org

**CERTIFICATE OF COMPLIANCE AND SERVICE**

I hereby certify that the foregoing pleading was produced using Book Antigua 13-point font in accordance with Local Rule 5.1C and that, on August 21, 2020, I electronically filed this pleading with the Clerk of Court using the CM/ECF system, which will simultaneously deliver a digital copy to opposing counsel: Bret R. Hobson, Assistant United States Attorney, 6th Floor, United States Courthouse, Richard B. Russell Building, 75 Ted Turner Drive, SW, Atlanta, Georgia, 30303.

                                          */s/ Kimberly Sharkey*
                                          Kimberly Sharkey
                                          Federal Defender Program, Inc.